UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL A. DOYLE<br>Plaintiff,<br><br>v.<br><br>MSAD 51<br>Defendant, | )<br>)<br>)<br>)  Civil No. 2:20-cv-00476-LEW<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Order Affirming Recommended Decision entered by U.S. District Judge Lance E. Walker on September 9, 2021,

JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By: /s/ Meghan Maker
Deputy Clerk

Dated: September 9, 2021